## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Harrey Anthony Brown | ) Civil Action No.: | United States Courts Southern District of Texas FILED |
| | ) | |
| | ) | MAY 2 9 2026 |
| Plaintiffs, | ) | |
| | ) | Nathan Ochsner, Clerk of Court |
| vs. | ) | |
| United Football League | ) | |
| Red Bird Capital Partners, FOX | ) | |
| Dany Garcia | ) | |
| Dwayne Johnson | ) | |
| Daryl Peter Johnston | ) | |
| Rice University | ) | |
| Rice University Police Department | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Plaintiff Harrey Anthony Brown ("Mr. Brown"), and alleges as follows:

## I. INTRODUCTION

1.01 Regarding military and Veteran mental health, the term "mentally fragile" describe individuals like Mr. Brown who are more vulnerable to emotional distress, mental health challenges, or breakdowns after combat or deployment. It reflects in an individual like Mr. Brown a combination of trauma exposure, psychological resilience, and social or systemic barriers. To that critical point, actions have consequences. Rash and thoughtless actions can have

1

severe consequences. Mr. Darryl Johnston ("Mr. Johnston") who as the Executive Vice President of Football Operations apparently did not appreciate these simple truths when, in a rush to intimidate, humiliate, and control Mr. Brown an extremely "mentally fragile" and physically vulnerable combat Veteran. Mr. Johnston's extreme and outrageous conduct as the UFL's Executive Vice President of Football Operations consisted of a vicious and unprovoked verbal assault meant to belittle and degrade a "mentally fragile" and physically vulnerable Mr. Brown causing severe emotional, mental, and physical trauma.

1.02 For many combat Veterans like Mr. Brown, this avoidance is a way to regain a sense of control and safety after experiencing intense combat-related stress in the military. Mr. Brown has been involved in medication management and supportive therapy for over a decade for a primary diagnosis of Posttraumatic-Stress Disorder ("PTSD") and secondary diagnosis of Major Depressive Disorder (MDD), recurrent and severe. Mr. Brown's primary PTSD diagnosis is rated at the highest level of 100 percent for his military service-related disability from his 20-year active-duty experiences in the U.S. Army (Exhibit A). Mr. Brown is also 60 percent service-connected for Prostate Cancer caused by his exposure to burn pits and other toxic exposures during multiple combat deployments in support of Operation Iraq Freedom (Exhibit B). At the time of the traumatic incident Mr. Brown was experiencing acute-on-chronic PTSD and MDD flare in large part due to his concurrent medical issues of urological cancer, sequelae of abdominal surgical procedures, and post-surgical cervical-spinal issues secondary to chronic degenerative changes.

1.03 The physiological response to stress involves a coordinated effort. When faced with a perceived threat, the body initiates the "fight or flight" response, mediated by the sympathetic nervous system. The physiological changes induced by stress exert specific effects on the

pancreas, contributing to or exacerbating pancreatitis. Stress and chronic pain are deeply interconnected, often forming a self-perpetuating cycle where each can worsen the other. For people with chronic pain syndrome and acute pancreatitis like Mr. Brown, stress can intensify pain through both biological changes (hormonal, neural, inflammatory) and psychological effects (anxiety, depression, reduced tolerance) (See Exhibit C). Clinical observations show that major life stressors, specifically an unexpected stressful incident such as Mr. Brown's unprovoked encounter with Mr. Johnston, function as a trigger to exacerbate pain in someone suffering from chronic pain syndrome and acute pancreatitis. Mr. Johnston's verbal conduct was extreme and outrageous, and it intentionally and recklessly caused Mr. Brown severe emotional, psychological, and physical trauma as he experienced a severe chronic pain flareup while returning to San Antonio, Texas.

1.04 Mr. Johnston's extreme and outrageous conduct directly resulted in a week-long emotionally, mentally, and physically grueling hospitalization that had a profound and lasting effect on Mr. Brown's emotional, mental, and physical well-being. For Mr. Brown, this was a traumatic incident that overwhelmed his brain's ability to process the event resulting in the reemergence of severe depression, anxiety, and suicidality.

1.05 What came after this major, life-altering event was trauma exposure that strongly was associated with a significant increase in Mr. Brown's preexisting suicidal thoughts and behaviors. The combination of Mr. Brown's unresolved combat trauma and the experience of this single overwhelming event made suicide seem like the only way to end the pain for Mr. Brown. Especially considering Mr. Brown a life-long Dallas Cowboys fan was horrified and disheartened to learn his attacker was his favorite player as he too played the fullback position Cowboys legend Darryl "Moose" Johnson. Prioritizing his mental health and safety after that

traumatic event, Mr. Brown has been involved in intense trauma-focused mental health therapy and medication management to save his life. After nearly two years of trauma-focused therapy, Mr. Brown has been able to somewhat process and heal enough from this traumatic incident that to pursue this civil suit to hold Mr. Johnston and the remaining Defendants accountable.

## I.

## DISCOVERY CONTROL PLAN

1.01 Plaintiff intends that discovery in this matter should be conducted under Level 3 of Texas Rule of Civil Procedure 190.

1.02 Plaintiff seeks monetary relief in excess of $50,000,000.00.

## II.

## PARTIES

2.01 Plaintiff Harrey Anthony Brown ("Mr. Brown") at the time of the traumatic incident was a resident and citizen of Texas. He brings this negligence action on behalf of himself.

2.02 United Football League ("UFL") is a professional American football league which started play in March 2024, with its principal offices located in Jacksonville, Florida, and at all times material here to was authorized and was doing business in the state of Texas.

2.03 RedBird Capital Partners and FOX Sports merged together to create the UFL. RedBird Capital Partners is a New York corporation with its principal offices located in New York, New York, and at all times material here to was authorized and was doing business in the state of Texas. FOX Sports is a California corporation with its principal offices located in Los Angeles, California, and at all times material here to was authorized and was doing business in the state of Texas.

4

2.04 Dany Garcia Johnson ("Ms. Johnson") is co-owner of the United Football League (UFL).

2.05 Dwayne "The Rock" Johnson ("Mr. Johnson") is also co-owner of the United Football League (UFL).

2.06 Daryl Johnston ("Mr. Johnston") is currently the executive vice president of football operations for the UFL.

2.07 Rice University, officially William Marsh Rice University, is a private research university in Houston, Texas, United States and at all times material here to was authorized and was doing business in the state of Texas.

2.08 Rice University Police Department, whose mission was to provide a safe and secure environment. To achieve this, departmental services were supposed to be organized and implemented in a way that maintains the dignity of those served. The department was charged with the responsibility of (1) protecting the constitutional rights of members of the community, which includes strict prohibition against biased based policing in all encounters between officers and any person (2) the enforcement of institutional regulations, local, state, and federal laws, (3) the creation or maintenance of a feeling of security in the community, (4) the identification and elimination of hazards and of opportunities for crime.

### III.

### JURISDICTION & VENUE

3.01 The district court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a). The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000),

exclusive of interest and costs. Plaintiff, Mr. Brown were citizens of Texas. Defendant Mr. Johnston is a citizen of New York. Defendant Ms. Johnson is a citizen of New Jersey. Defendant Mr. Johnson is a citizen of California. Defendant RedBird Capital Partners is a corporation incorporated under the laws of New York and is authorized and does business throughout the state of Texas. Defendant Fox Sports is a corporation incorporated under the laws of California and is authorized and does business throughout the state of Texas. Rice University is incorporated under the laws of Texas and is authorized and doing business throughout the state of Texas.

3.02 Venue is properly before this Court under 28 USC § 1391(a) (2), because the events giving rise to this claim occurred in Harris County, Texas.

## IV.

## **FACTS**

4.01 The UFL's leadership, under Mr. Johnson, Ms. Johnson, and Mr. Johnston, claimed its aim was to position the league as a fan-first organization following the merger of the XFL and USFL. Thus, the UFL's leadership, including Mr. Johnston, was supposed to emphasized high-level professional, "doing business the right way" standards, focusing on fan engagement, accessibility, and integrity. On May 26, 2024, Mr. Johnston was supposed to be focused on providing an accessible, "approachable" product for all fans especially "mentally fragile" and physically vulnerable combat Veterans like Mr. Brown on Memorial Day weekend. UFL Executive Mr. Johnston was expected to represent the UFL with "integrity, joy, fostering a nonhostile, fan friendly, and safe environment.

4.02 It is well-established that in environments such as the Houston Roughnecks home games safety becomes a double-edged sword when the very world around a "mentally fragile" and extremely vulnerable combat Veteran like Mr. Brown feels like a minefield of triggers and potential hazards. For multiple times, combat Veteran like Mr. Brown 100 percent service-connected for PTSD and MDD, recurrent and severe sentiment often resonates deeply, coloring their daily experiences and interactions. For Mr. Brown, who suffers immensely daily from his combat-related PTSD and MDD, recurrent and severe finding safe environments is critical.

4.03 A suicidal Mr. Brown, because of his combat-related PTSD and MDD, recurrent and severe developed avoidance behavior choosing isolating as a protective mechanism. Combat-related PTSD and MDD, recurrent and severe that was significantly exacerbated by his service-connected Prostate Cancer diagnosis in January 2019, and botched Radical Prostatectomy in May 2019 that directly resulted in life-threatening illnesses and life-altering catastrophic, permanent injuries to Mr. Brown. Thus, Mr. and Mrs. Brown carefully chose places they believed were "safe" to reduce the risk of triggering depression, anxiety, and other distressing life-threatening symptoms for Mr. Bown. Mr. and Mrs. Brown selected the environment of the Houston Roughnecks home games in Houston, Texas as a specific community space that offered predictability, control, and safety. Thus, during the UFL's 2024 season, Mr. and Mrs. Brown traveled 197 miles from San, Antonio, Texas to Houston, Texas to attend three Houston Roughneck home games in support of a family member

4.04 On April 21, 2024, Mr. and Mrs. Brown traveled from San Antonio, Texas to Houston Texas to their first Houston Roughnecks home game at Rice University Stadium in support of a Houston Roughneck player and close family member. Following a UFL home game, players, family members, and fans often gather on the field for post-game activities. Fans,

including family members, approach and gather with UFL players to congratulate them, take photos, and simply enjoy the supposed to be fan friendly atmosphere. After spending time on field with congratulating him, taking photos, and simply enjoying the controlled, and safe atmosphere, Mr. and Mrs. Brown without incident left the field. The environment of the first Houston Roughnecks home game offered predictability, control, and reassurance that expanded Mr. Brown's sense of safety protecting him from life-threatening PTSD and MDD triggers. Thus, Mr. and Mrs. Brown joyfully invited close friends Billy and Laura Collins to attend the May 12, 2024 Houston Roughnecks home game.





**April 21, 2024**

4.05 On May 12, 2024, Mr. and Mrs. Brown again traveled from San Antonio, Texas to Houston Texas to their second Houston Roughnecks home game at Rice University Stadium with close friends Billy and Laura Collins. After spending months in isolation in their tiny 400-square-foot one-bedroom apartment due to Mr. Brown's identity loss, and severe mental and physical health challenges. Attending the Houston Roughnecks games unexpectedly emerged as a powerful, safe space where Mr. Brown could somewhat reconnect, build a semblance of community, and regain a sense of purpose. Again, after spending time on the field in a safe and neutral space with their family member (Houston Roughneck player) and close friends Billy and Laura Collins congratulating him, taking photos, and simply enjoying the controlled, and safe atmosphere. Mr. Brown and Mrs. Brown, with their close friends Billy and Laura Collins again without incident, left the field peacefully and joyously.

9



**May 12, 2024**

4.06 The environment of the two previous Houston Roughnecks home games on April 21, 2024 and May 12, 2024 offered the predictability, control, and reassurance that expanded Mr. Brown's sense of safety protecting him from life-threatening PTSD and MDD triggers. Thus, Mr. and Mrs. Brown eagerly and happily made plans to meet family members traveling from their home state of South Carolina to attend a third consecutive Houston Roughnecks home game on May 26, 2024, Memorial Day weekend.

4.07 On May 26, 2024, Mr. and Mrs. Brown again traveled from San Antonio, Texas to Houston Texas for their third Houston Roughnecks home game at Rice University Stadium. However, upon arrival at the entrance of Rice Stadium Mr. Brown immediately noticed something in the environment that felt completely different to him from their two previous visits to the Rice Stadium. Specifically, a dramatic shift in the interaction of stadium entrance and security personnel that played a significant role in making their previous visits memorable

10

experiences. Unfortunately, this time it was clear and unmistakable that the environment had changed drastically as the Rice Stadium personnel who were twice previously engaging and welcoming were tremendously negative and unwelcoming. An extremely negative shift in the environment that an unsuspecting and "mentally fragile" and physically vulnerable Mr. Brown would painfully realize the hostile confrontation was a direct result of the presence of Mr. Johnston. A change in the environment that shattered Mr. Brown's sense of safety, creating unsafe conditions that would result in a hostile and traumatic postgame confrontation between Mr. Brown and Mr. Johnston that directly caused Mr. Brown's apprehension of imminent physical harm.

4.08 After the previous two pleasant interactions with family and friends as seen above, Mr. Brown, with his uncle and the Houston Roughnecks player's father, made their way down to the field without incident as he had done twice previously. Tragically, this time Mr. Brown, while peacefully leaving the field as he had done twice previously. However, this time unknown to Mr. Brown, Mr. Johnston lay in wait like a lion in a thicket, lurking to ambush what he saw as discriminatory and oppressed prey he could easily exploit, intimidate, humiliate, and control. Mr. Johnston chose Mr. Brown a Black Man as his prey and pounced unleashing a vicious extreme verbal attack to intimidate, humiliate, and strike fear into an extremely "mentally fragile" and physically vulnerable Mr. Brown. Mr. Johnston's intentional infliction of emotional distress ("IIED") consisted of attacking an unsuspecting and departing the field Mr. Brown from behind yelling, "Leave the Field Now." A startled and extremely confused Mr. Brown turned around and seeing the expressive intensity in Mr. Johnston's face, in an attempt to de-escalate the intense situation calmly and respectfully said to an irate Mr. Johnston "We are leaving the field sir." Stalking is defined as the act of willfully and repeatedly following or harassing another person,

11

causing them to fear for their safety or well-being. It involves a pattern of behavior that serves no legitimate purpose and can include unwanted contact, surveillance, or intimidation. Stalking behavior can lead to significant psychological distress for the victim. Mr. Brown believed if he could quickly get to the sideline, it would create a neutral and safe space that would cause Mr. Johnston to cease from his unprovoked stalking and harassing of Mr. Brown. Mr. Brown, feeling the stress-induced change in his body, turned around and silently continued his hasty retreat from the field, but the sideline did not provide the safe haven Mr. Brown hoped for and desperately needed. Mr. Johnston accompanied by security personnel was hellbent on escalating the situation stalked Mr. Brown onto the sideline intensifying his verbal assault with the clear intention of deliberately provoking Mr. Brown to elicit an emotional and physical reaction to get him detained and arrested.

4.09 Mr. Johnston the Executive Vice President of Football Operations refused to let Mr. Brown detach from the hostile situation, avoid further confrontation, and simply would not let him move on from the escalating encounter. Instead, Mr. Johnston the Executive Vice President of Football Operations stalked Mr. Brown, who was walking away from him because he feared the extremely stressful and hostile confrontation situation would cause him bodily harm. Mr. Johnston hellbent on causing harm, stalked Mr. Brown onto the sidelines and in the same location as the above joyous pictures, Mr. Jonston continued his relentless verbal attack on Mr. Brown. Mr. Johnston's extreme and outrageous conduct caused a tremendously "mentally fragile" and physically vulnerable Mr. Brown now in pain to feel distressed, harassed, and in fear of his safety.

4.10 For Mr. Brown, Mr. Johnston's extreme and outrageous verbal attack and stalking crossed into a credible threat of violence and bodily harm. To further intimidate and diminish a

12

"mentally fragile" and suicidal Mr. Brown's self-worth and dignity. Mr. Johnston intentionally and recklessly stalked of Mr. Brown onto the sideline getting in an extremely "mentally fragile" and physically vulnerable Mr. Brown's face yelling aggressively and angrily "Don't you know who I am, I am the President of the UFL." Eyewitnesses will confirm Mr. Johnston the Executive Vice President of Football Operations was clearly and unmistakably in a "trigger" and "escalation" phase, as he persisted and intensified his hostile stalking of Mr. Brown. Mr. Johnston, without provocation aggressively and angrily followed continuing to ridicule and belittle Mr. Brown. Eyewitnesses have also verified a visibly shaken and in distress Mr. Brown asked Mr. Johnston, "Why are you continuing to follow me and trying to provoke me as its obvious you want to have me detained by security and arrested by the police?" Mr. Johnston regarding his extreme and outrageous conduct revealed his racist motivation in his own words replying, "So now I am being the racist white guy" to which a shocked Mr. Brown replied, "You said it not me sir."

4.11 Mr. Brown, who was feeling physically threatened by Mr. Johnston's tremendous hostility and the increased security surrounding him, realized, like walking away, not even the sidelines would create a safe distance between him and Mr. Johnston. Notably, Memorial Day is a solemn national observance dedicated to remembering the men and women who gave their lives in service to the United States. Memorial Day is more than a summer holiday it is a day to pause, reflect, and express gratitude for the ultimate sacrifice made by those who served. As a last resort Mr. Brown used non-confrontational language with the Memorial Day theme promoted by the UFL throughout the game in an attempt to finally bring the prolonged hostile confrontation with Mr. Johnston to a desperately needed end. Mr. Brown now in severe pain calmly and passionately said to Mr. Johnston the Executive Vice President of Football

13

Operations, "The UFL claimed to be honoring those who gave all to defend this Country here today. I am a retired Army Sergeant Major who led Soldiers and friends on the battlefield that made the ultimate sacrifice, and this is how you honor them today; you should be ashamed of yourself sir." Mr. Johnston was shocked and speechless when he realized Mr. Brown, who his extreme and outrageous conduct was intended to belittle was not the insignificant "Black Man" but a "War Hero" that he to exert his perceived power and control over by harassing and stalking. Mr. Johnson, realizing his extreme and outrageous conduct, undermined the UFL's commitment that day to honor those who served like Mr. Brown in a meaningful way to uphold the values he defended abruptly, and shamefully left the sideline and field.

4.10 Survivor's guilt is when a leader like Mr. Brow survived the field of battle a combat where those they led died, they question why they lived while comrades perished, and wonder if they should have been allowed to survive. Mr. Johnston's extreme and outrageous verbal assault of an extremely "mentally fragile" and physically Mr. Brown placed him in immediate fear of emotional, mental, and bodily harm. Mr. Johnston's ferocious an unrelenting verbal assault was intended to cause Mr. Brown severe emotional, mental, and physical distress as Mr. Johnston acted with a wanton and reckless disregard for Mr. Brown's emotional, mental, and physical well-being. Mr. Johnston with premeditation and savage intent belittled and humiliated Mr. Brown, destroying his self-esteem and confidence somewhat reestablished in large part due to his attendance at the game on Memorial Day weekend, leaving him questioning his diminished self-worth and lack of a desire to live. Mr. Johnston's extreme and outrageous conduct was even more hurtful and demoralizing for Mr. Brown, a proven combat leader as it occurred on Memorial Day weekend. As Mr. Brown remembered and honored his Soldiers and friends who under his leadership, he was not able to bring back home to their families and friends after multiple combat

14

deployments in support of Operation Iraqi Freedom. Every day especially on Memorial Day weekend Mr. Brown feels he failed to protect his Soldiers and prevent their deaths.

4.11 President Joe Biden ("President Biden") used the occasion of his first State of the Union Address to question whether burn pits had something to do with his son's cancer fight. President Biden's State of the Union address called for greater attention in support of Veterans and preservation of their health. He called for Congress to assist vets experiencing health issues due to burn pits. He believes they may have affected his son Beau, who passed away from cancer in 2015. Burn pits are areas on a military base where waste materials are disposed of through burning. Beau Biden, an officer in the Army Judge Advocate General's Corps., passed from brain cancer at age 46 in 2015. President Biden explained during the address, the lasting harm to Veterans exposed to burn pit smoke, "And they come home, many of the world's fittest and best-trained warriors in the world, never the same," he said. "Headaches. Numbness. Dizziness. A cancer that would put them in a flag-draped coffin." Biden vowed to find out "everything we can" about the impact of burn pits on Veterans' health. Thus, Mr. Brown was once one of the world's fittest and best-trained warriors referred to by President Biden in the world but on that tragic day was combat Veteran experiencing severe emotional, mental, and physical health issues due to his toxic exposure burn pits during multiple combat deployments in support of Operation Iraqi Freedom. It was not an Improvise Explosive Device ("IED"), Vehicle-Borne Improvised Explosive device ("VBIED"), or the lethality of small arms fire and indirect fire that nearly put Mr. Brown in a flag-draped coffin and a fallen hero to be honored that Memorial Day weekend. Unfortunately, it was Mr. Brown's service-connected Prostate Cancer diagnosis at the extremely young age of 46 years-old and the above severe post-surgical life-threatening complications that

15

robbed Mr. Brown of his livelihood, manhood, and dignity that nearly put Mr. Brown in a flag-draped coffin and a fallen hero to be honored that Memorial Day weekend.

4.12 On May 9, 2019, Mr. Brown underwent an extremely failed and life-threatening Radical Prostatectomy at Brooke Army Medical Center ("BAMC") the United States Army's largest and premier medical institution, located at Joint Base San Antonio ("JBSA"), Fort Sam Houston, Texas. As a direct result, Mr. Brown's service-connected residuals of Prostate Cancer, status post Radical Prostatectomy with severe postoperative complications consist of the following life-threatening illnesses and injuries: Sepsis Infection (December 2018) Urosepsis Infection (June 2109), Suprapubic Catheter Placement Contracture (2019) at Audie L. Murphy Memorial Veterans Hospital, Suprapubic Catheter Malfunction Surgery (September 2019), Suprapubic Catheter Malfunction Surgery (November 2019), Urethroplasty Surgery, Bladder Neck Contracture (December 2019), Urosepsis Infection (December 2019) Anterior Cervical Discectomy and Fusion ("ACDF"), (November 2020). Cystoscopy Urethrotomy, Second Bladder neck contracture (February 2021), Insert Inflatable Artificial Urinary Sphincter (AUS) (June 2021), Posterior Cervical Discectomy and Fusion ("PCDF") (August 2021), Insert Inflatable Penile Prosthesis ("IPP")(September 2021), AUS (December 2021), Removal & Replace AUS (June 2022), Carpal Tunnel Release, (September 2022), Removal AUS, Severe Complications (June 2023) Surgical Site Infection, Severe Complication (July 2023), Anaphylaxis, Severe Complication (July 2023), Insert Inflatable Artificial Urinary Sphincter ("AUS") (January 2024), and Removal and Reinsert Inflatable Penile Prosthesis (August 2024) (Exhibit D).

4.13 Severe urinary incontinence involves frequent, often unpredictable loss of bladder control that significantly impacts daily life. An AUS is an implantable device that helps treat moderate to severe stress urinary incontinence by mimicking the function of the natural urinary

16

sphincter. Erectile dysfunction (impotence) means not being able to get and keep an erection firm enough for sexual activity. IPPs are surgical devices designed to help men with erectile dysfunction achieve an erection on demand, offering a permanent solution when other treatments fail. Unfortunately, Mr. Brown experienced severe complications after the above multiple AUS and IPP surgical procedures and as a direct result Mr. Brown will permanently suffer from severe urinary incontinence and complete loss of sexual function not erectile dysfunction (impotence). In other words, Mr. Brown has not made love to his high school sweetheart and spouse of 33 years Mrs. Kesha L. Brown ("Mrs. Brown") since May 8, 2019.

4.14 During Mr. Brown's second combat deployment he sustained a severe neck injury while dismounting from a UH-60 Black Hawk while participating in a combat air assault mission. Mr. Brown's service-connected Combat-related neck injurie long-term impact directly resulted in multiple cervical procedures consisting of an Ortho Spinal Deformity Reconstruction (November 2020), Anterior Cervical Decompression and Fusion ("ACDF") (November 2020), and Posterior Cervical Decompression and Fusion ("PCDF") (August 2021) (Exhibit E).

4.15 Chronic pain after abdominal and cervical surgeries is often due to nerve injury, adhesions, and altered body mechanics. Thus, Mr. Brown developed debilitating, demoralizing, and life-altering Chronic Pain Syndrome ("CPS") after the above abdominal and cervical surgeries. For people like Mr. Brown suffering tremendously with chronic pain syndrome whether due to long-term illness, injury, or conditions like complex PTSD and MDD stressful confrontations can trigger or worsen physical symptoms because their nervous systems remain in a heightened state of alertness. In other words, chronic pain and mental health conditions often feed each other. Mr. Brown recognized the escalating stressful confrontation with Mr. Johnson would make his severe chronic pain worse. To regain control over his response to triggers and

17

prevent bodily harm to himself, Mr. Brown did all he could to remove himself from the situation, but Mr. Johnston was extremely determined to do something dangerous, destructive, and harmful, without regard for the risks or consequences of his extreme and outrageous conduct.

4.16 There is a phrase that says, "A picture is worth a thousand words" the attached pictures conveys more quickly and effectively than any written words why on that tragic day Mr. Brown was an extremely "mentally fragile" and tremendous vulnerable combat Veteran. Most importantly, the attached pictures demonstrate why the Defendants are liable for the emotional, mental, and physical harm Mr. Johnston's extreme and outrageous conduct caused Mr. Brown on May 26, 2024 and the years following (See Exhibit F). Because of Mr. Brown's mental and physical complications requiring long-term intensive therapeutic intervention and countless surgical procedures since the incident, Mr. Brown lacked the emotional and mental capacity nor the physical ability to act on filing this civil suit much sooner.

4.17 On December 29, 2020, Mr. Brown's long-term VA Staff Psychiatrist, Joseph C. Cheng, MD, PhD provided a medical retirement support letter that stated, "Our work involves medication management and supportive therapy for a primary diagnosis of Posttraumatic Stress Disorder (PTSD); we are also working secondarily on a diagnosis of Major Depressive Disorder (MDD), recurrent and severe. The primary PTSD diagnosis is rated at a high level for military service-related disability from your active-duty experiences in the U.S. Army. In our brief time together in clinic, it has been clear that the current and acute-on-chronic PTSD and MDD flare you are experiencing is in large part due to your concurrent medical issues of urological cancer, sequelae of abdominal surgical procedures, and post-surgical cervical-spinal issues secondary to chronic degenerative changes. The combination of these severe medical issues has impeded your longstanding and much appreciated productivity as a social worker with military veterans. The

18

combination of these severe medical issues has affected your mental health status to the degree of considering psychiatric hospitalization (See Exhibit G)." On March 9, 2021, Mr. Brown's application for disability retirement was approved by the U.S. Office of Personnel Management ("OPM") that stated, "You have been found to be disabled from your position as a Social Worker due to Post-Traumatic Stress disorder, Chronic and Major Depressive Disorder, recurrent and severe (See Exhibit H)."

4.18 In planning for a pleasant and safe Houston Roughnecks Memorial Day weekend game as the Executive Vice President of Football Operations before Mr. Johnston carelessly and recklessly verbally assaulted an extremely "mentally fragile" Mr. Brown. Mr. Johnston as the Executive Vice President of Football Operations should have conducted risk assessments to identify and control hazards. Specifically, Mr. Johnston should have identified that during the Memorial Day weekend game out of honor for their fallen comrades countless "mentally fragile" combat Veterans like Mr. Brown would be in attendance and safety practices to keep them safe from unprovoked confrontation that could cause severe emotional trauma was a paramount safety issue. The fact that Mr. Johnston the Executive Vice President of Football Operations did not even consider that factor strengthens the argument that Mr. Johnston's conduct crossed the line and was extreme and outrageous. Rather than fulfilling his leadership responsibility as the Executive Vice President of Football Operations of ensuring Mr. Brown was safe on May 26, 2024. Mr. Johnston as the Executive Vice President of Football Operations made the unthinkable and unprecedented executive decision to foster a toxic culture of negativity, intimidation, and unsafety. Eyewitness will confirm Mr. Johnston as the Executive Vice President of Football Operations was stubbornly and recklessly determined to achieve his goal inflicting harm and damage to the point of ignoring UFL rules, safety, and the well-being of Mr. Brown.

19

4.19 As shown above, diagnoses and mental health treatment from licensed VA therapists, psychiatrists, and Social Workers will establish that on that tragic day Mr. Brown was a "mentally fragile" combat Veteran that suffered severe psychological harm through Mr. Johnston's extreme and outrageous conduct.

4.20 Enforcing stadium rules should be the responsibility of security personnel rather than executives because of the specialized skills, training, and operational context they bring to the role. Security officers undergo formal training in threat assessment, crowd control, incident response, and enforcement of venue policies. Security personnel are expected to apply rules uniformly across all areas of the venue, regardless of who is present. This ensures fairness and prevents favoritism or bias that could arise if executives, who may have other responsibilities, were to enforce rules. Stadiums operate under specific safety and security regulations. Security officers are responsible for ensuring compliance with these rules, from access control to incident reporting. Executives may not have the legal authority or operational standing to enforce these measures directly.

4.21 Security personnel are the most effective enforcers of stadium rules because they are trained, positioned, and accountable for maintaining safety and order. Executives should focus on oversight, policy development, and resource allocation, while leaving the day-to-day enforcement to those with the expertise and authority to do so. Eyewitnesses will confirm that at the time Mr. Johnston incited the traumatic incident he was aware Mr. Brown was leaving the field and his contact as the Executive Vice President of Football Operations not a member of the security was legally unwarranted. Mr. Brown posed no threat to anyone, nor did he demonstrate an unwillingness to depart from the field. Mr. Johnston's conduct as the Executive Vice President

of Football Operations was so outrageous in character, and so extreme in degree, as to go beyond all possible bounds of decency for an executive of a professional sports league.

4.22 Mr. Johnston's extreme and outrageous conduct as the Executive Vice President of Football Operations was intended to intimidate, harass, and put fear into a "mentally fragile" Mr. Brown was atrocious, and utterly intolerable in a civilized community. The aggressor Mr. Johnston intended to cause the "mentally fragile" Mr. Brown severe emotional distress and acted with reckless disregard for the risk that Mr. Brown would suffer for his extreme and outrageous conduct. Due to his severe service-connected disabilities Mr. Brown has been through emotional, physical, and mental and to the distress and severe trauma suffered by Mr. Brown was a direct result of Mr. Johnson's extreme and outrageous conduct would be an understatement.

4.23 Beyond legal requirements, UFL leadership including the Executive Vice President of Football Operations must foster a culture of safety at all UFL games. To that crucial point, Mr. Johnston pursued Mr. Brown when he could have simply turned around and not actively chase Mr. Brown to engage in conflict as Mr. Johnston had the primary legal and ethical responsibility for creating and maintaining a safe environment before, during, and after the game on May 26, 2024. Mr. Johnston as the UFL's Executive Vice President of Football Operations was responsible for providing a game environment free from recognized hazards that could serious emotional, mental, and physical harm. Eyewitnesses' testimony will confirm that as the UFL's Executive Vice President of Football Operations Mr. Johnston failed miserably to create a safe and supportive environment for "mentally fragile" Mr. Brown who had experience significant combat trauma and loss.

4.24 Again, "mentally fragile" in the context of combat Veterans like Mr. Brown is an informal way to describe heightened vulnerability to mental health challenges after service, often

21

linked to trauma exposure, reduced resilience, and barriers to care. On the battlefield of Iraq Mr. Brown expected sudden traumatic events from brutal attacks from insurgent groups and extremist organizations that were shocking, scary, and dangerous experiences that deeply affected his emotional, physical, and mental well-being. On a football field a "mentally fragile" Mr. Brown did not expect a sudden traumatic event from a brutal attack from the UFL's Executive Vice President of Football Operations that deeply affected his emotional, physical, and mental well-being. During the past two years since the sudden traumatic event on May 24, 2026 caused directly by Mr. Johnston's extreme and outrageous conduct, Mr. Brown has struggled greatly to recover (See Exhibit I, J).

4.25 Mr. Johnston's willfully and intentionally made the tremendously difficult to understand leadership decision as the Executive Vice President of Football Operations not to provide an appropriate, compassionate, supportive, and safe environment for "mentally fragile" and physically vulnerable combat Veterans like Mr. Brown on May 26, 2024. Instead, as the UFL's Executive Vice President of Football Operations Mr. Johnston made the unexplainable and unprecedented leadership decision to engage in extreme and outrageous conduct that created a hostile and unsafe environment that caused catastrophic and permanent emotional, mental, and physical harm to the Plaintiff that should result in the Defendants providing the Plaintiff a remedy in the form of $50,000,000.00 for financial compensation (damages). Plaintiff prays that this Court will vindicate Plaintiff publicly finally, and award compensation for the damages he has already, and will continue to suffer due to Defendant's extreme and outrageous conduct.

**V.**

**CAUSES OF ACTION**

**Count One- Intentional Infliction of Emotional Distress**

22

**(All Defendants)**

5.01 Plaintiff incorporates by reference all allegations contained in this Complaint as though fully set forth herein at length.

5.02 Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, each of the Defendant sued herein was the agent and employee of each of the remaining Defendants and was at all times acting within the purpose and scope of such agency and employment.

**Count Two – Tortious Interference with a Business Relationship**

5.03 Defendant Johnston by act negligently inflicted emotional distress upon Plaintiff. Said conduct was intentional and malicious and done for the sole purpose of causing Plaintiff to suffer humiliation, mental anguish, and emotional and physical distress.

5.04 As a further proximate result of Defendant Johnston's actions and the consequences proximately caused by it, as herein above alleged, Plaintiff suffered severe humiliation, mental anguish, and emotional and physical distress, and has been injured in mind and body as follows: damages in the sum to be determined at trial based on proof.

## VI.

## DAMAGES

### Actual Damages

6.01 Plaintiff incorporates by reference each and every allegation contained in the paragraphs above as if the same were set forth in full herein.

6.02 As a further result of Johnston's extreme and outrageous conduct, Plaintiff has suffered non-pecuniary losses, including, among others, humiliation, damage to personal reputation, undue stress, anxiety, and anguish, and other non-pecuniary losses.

### Exemplary Damages

6.03 Plaintiff incorporates by reference each and every allegation contained in the paragraphs above as if the same were set forth in full herein.

6.04 Defendants' acts complained of herein were committed knowingly, willfully, intentionally, and with actual awareness or actual malice. In order to punish Defendants for such unconscionable actions and to deter the same in the future, Plaintiff seeks recovery against Defendants for exemplary damages pursuant to TEX. CIV. PRAC. & REM. CODE § 41.003(a).

6.05 Defendant has acted with malice and/or reckless indifference to Plaintiff's state-protected rights, thereby entitling him to punitive damages under TEX. CIV. PRAC. & REM. CODE § 41.003(a).

## VII.

## CONDITIONS PRECEDENT

7.01 All conditions precedent to Plaintiff's claims for relief have been performed or have occurred.

## VIII.

### Alternative Pleading

8.01 Per Texas Rule of Civil Procedure, Rule 48, Plaintiff has pled, and/or reserves the right to plead, causes of action and/or remedies in the alternative. See Tex. R. Civ. P. 48.

## IX.

24

## RULE 193.7 NOTICE

9.01 Pursuant to Texas Rule of Procedure 193.7, Plaintiff hereby gives notice to all parties that he intends to use all documents produced in response to written discovery in any pre-trial hearing and at trial.

## X.

## RESERVATIONS

10.01 Plaintiff reserves the right to bring additional causes of action against Defendant and to amend this Petition, as necessary.

## XI.

## JURY DEMAND

11.01 Plaintiff hereby demands a jury trial on all ultimate fact issues in accordance with Texas law and tenders the appropriate fee with this petition.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and that upon a trial on the merits, this Court grant recovery against Defendant as follows:

  a) Actual damages;

  b) Exemplary damages pursuant to TEX. CIV. PRAC. & REM. CODE § 41.003(a);

  c) Costs of court

  d) Pre- and post-judgment interest; and

  e) All such further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

HARREY A. BROWN, pro se
Plaintiffs
112 Oak Bay Drive
Georgetown, S.C. 29440
Telephone: (210) 907-0819
Bigjeeky@yahoo.com



Exhibit A



November 17, 2025
HARREY ANTHONY BROWN
112 OAK BAY DR
GEORGETOWN SC 29440

## We made a decision on your VA benefits.

Dear Harrey Brown:

This letter will guide you through the information you should know
and steps you may take now that VA has made a decision about your
benefits.

## Your Benefit Information:

- Evaluation of post-traumatic stress disorder (PTSD) with major
  depression, which is currently 70 percent disabling, is increased to
  100 percent effective May 23, 2024.
- Entitlement to special monthly compensation based on aid and
  attendance criteria being met is granted from May 23, 2024.

Your combined rating evaluation is:

| Combined Rating Evaluation | Effective Date |
|---|---|
| 100% | Dec 1, 2011 |
| 100% | Aug 10, 2022 |
| 100% | Jul 26, 2023 |
| 100% | May 23, 2024 |
| 100% | Sep 4, 2024 |
| 100% | Dec 6, 2024 |

## How VA Combines Percentages

If you have more than one condition, VA will combine percentages to
determine your overall disability rating. The percentages assigned for
each of your conditions may not always add up to your combined
rating evaluation. The following website has additional information

**We have included with this letter:**

1. Explanation of Payment
2. Additional Benefits
3. Where to Send Your
   Correspondence
4. VA Form 20-0998
5. Rating Decision
6. Fraud Prevention Attachment

**Contact information:**

Web: www.va.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit
https://ask.va.gov/

**Social Media:**

Twitter: @VAVetBenefits
Facebook: www.facebook.com/
VeteransBenefits

**Your representative:**

You appointed TEXAS VETERANS
COMMISSION as your accredited
representative. They have also
received a copy of this letter.

They can help you with any
questions you have about your
claim.

If you or someone you know is in
crisis, call the *Veterans Crisis Line*
by dialing 988 and then pressing 1.

ICN: 1012594757V850917



Exhibit B



September 13, 2023
HARREY ANTHONY BROWN
112 OAK BAY DR
GEORGETOWN SC 29440-4095

# We made a decision on your VA benefits.

Dear Harrey Brown:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

## Your Benefit Information:
- Service connection for prostate cancer residuals, to include status post prostatectomy with repeat bladder neck contractures and voiding dysfunction is granted with an evaluation of 60 percent effective August 10, 2022.
- Service connection for anterior trunk scars (status post prostatectomy with artificial sphincter and suprapubic catheter placement\removal) is granted with an evaluation of 0 percent effective August 10, 2022.
- Service connection for erectile dysfunction is granted with an evaluation of 0 percent effective August 10, 2022.
- Entitlement to special monthly compensation based on loss of use of a creative organ is granted from August 10, 2022.

Your combined rating evaluation is:

| Combined Rating Evaluation | Effective Date |
|---|---|
| 100% | Dec 1, 2011 |
| 100% | Aug 10, 2022 |
| 100% | Apr 16, 2023 |

## How VA Combines Percentages
If you have more than one condition, VA will combine percentages to determine your overall disability rating. The percentages assigned for

**We have included with this letter:**

1. Explanation of Payment
2. Additional Benefits
3. Where to Send Your Correspondence
4. VA Form 20-0998
5. Rating Decision
6. Fraud Prevention Attachment

**Contact information:**

Web: www.vets.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit https://iris.custhelp.com/

**Social Media:**

Twitter: @VAVetBenefits
Facebook: www.facebook.com/VeteransBenefits

**Your representative:**

You appointed TEXAS VETERANS COMMISSION as your accredited representative. They have also received a copy of this letter.

They can help you with any questions you have about your claim.

If you or someone you know is in crisis, call the *Veterans Crisis Line* at 1-800-273-8255 and press 1.



BROWN, HARREY ANTHONY                                    Date of birth: August 29, 1972

---

If you're ever in crisis and need to talk with someone right away, call the Veterans Crisis Line at **988**. Then select 1.

---

# VA Blue Button® report

This report contains information from your VA medical records.

**Note:** This report doesn't include information you entered yourself. To find information you entered yourself, download a self-entered health information report.

Name: HARREY ANTHONY BROWN

Date of birth: August 29, 1972

Last updated at 11:55 a.m. on May 25, 2026

## Records in this report

**Date range:** May 1, 2024 to July 1, 2024

- Care summaries and notes
- My HealtheVet account summary

---

BROWN, HARREY ANTHONY                                      Date of birth: August 29, 1972

# Health conditions

This list includes the same information as your "VA problem list" in the previous My HealtheVet experience.

About the codes in some condition names: Some of your health conditions may have diagnosis codes in the name that start with SCT or ICD. Providers use these codes to track your health conditions and to communicate with other providers about your care. If you have a question about these codes or a health condition, ask your provider at your next appointment.

Showing 45 records from newest to oldest

## Malignant neoplasm of prostate (SCT 399068003)

**Date entered:** January 26, 2026
**Provider:** LOEY J KOUSA
**Location:** MYRTLE BEACH
**Provider notes:** None recorded

## Hyperlipidemia (SCT 55822004)

**Date entered:** January 26, 2026
**Provider:** LOEY J KOUSA
**Location:** MYRTLE BEACH
**Provider notes:** None recorded

## Chronic abdominal pain (SCT 111985007)

**Date entered:** May 13, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

## Ulcer of duodenum (SCT 51868009)

**Date entered:** May 13, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

## Mallory-Weiss tear (SCT 307131005)

BROWN, HARREY ANTHONY                                             Date of birth: August 29, 1972

**Date entered:** May 13, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

## Pancreatitis (SCT 75694006)

**Date entered:** April 26, 2024
**Provider:** ALLAN C HAYS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

## Exposure to potentially hazardous substance (SCT 133261000119105)

**Date entered:** April 26, 2024
**Provider:** JILL B HEALEY
**Location:** CHARLESTON VAMC
**Provider notes:** Entered automatically through TES Problem List documentation program

## Chronic post-traumatic stress disorder (SCT 313182004)

**Date entered:** March 21, 2024
**Provider:** WILLIAM B ELDER
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

## Recurrent major depression (SCT 66344007)

**Date entered:** March 21, 2024
**Provider:** WILLIAM B ELDER
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

## Psychoactive substance abuse (SCT 91388009)

**Date entered:** March 21, 2024
**Provider:** WILLIAM B ELDER
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

BROWN, HARREY ANTHONY                                    Date of birth: August 29, 1972

# Exposure to potentially hazardous substance (SCT 133261000119105)

**Date entered:** February 26, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

# Depression (SCT 35489007)

**Date entered:** February 26, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

# Bladder incontinence (SCT 165232002)

**Date entered:** February 26, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

# History of cervical spine fusion (SCT 1901000119101)

**Date entered:** February 26, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

# History of decompression of median nerve (SCT 428848009)

**Date entered:** February 26, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** left hand

# Erectile Dysfunction (SCT 860914002)

**Date entered:** February 26, 2024
**Provider:** NORMA L MACIAS
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

BROWN, HARREY ANTHONY                                      Date of birth: August 29, 1972

# History of colonoscopy (SCT 851000119109)

**Date entered:** March 1, 2023
**Provider:** BRENDA JO DAVIES WAIT
**Location:** MYRTLE BEACH
**Provider notes:** 2022- normal fu 2030

# egd (ICD-10-CM R69.)

**Date entered:** March 1, 2023
**Provider:** BRENDA JO DAVIES WAIT
**Location:** MYRTLE BEACH
**Provider notes:** 2022, duodenopathy no bleeding , no sprue no h pylori

# Fatty liver (SCT 197321007)

**Date entered:** December 2, 2022
**Provider:** ANA M OROZCO
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

# Folic acid deficiency (SCT 190633005)

**Date entered:** December 2, 2022
**Provider:** ANA M OROZCO
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

# Iron deficiency without anemia (SCT 234340006)

**Date entered:** December 2, 2022
**Provider:** ANA M OROZCO
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

# Chronic Pain Syndrome (SCT 373621006)

**Date entered:** August 12, 2022
**Provider:** ANA M OROZCO
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

BROWN, HARREY ANTHONY                                      Date of birth: August 29, 1972

## Chronic abdominal pain (SCT 111985007)

**Date entered:** August 12, 2022
**Provider:** ANA M OROZCO
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

## Relationship problems (SCT 160822004)

**Date entered:** April 15, 2022
**Provider:** EKIN SECINTI
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

## Chronic post-traumatic stress disorder following military combat (SCT 699241002)

**Date entered:** September 18, 2020
**Provider:** KYLE PSYCHIATRIST R FLANAGAN
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

## Nightmares associated with chronic post-traumatic stress disorder (SCT 428687006)

**Date entered:** September 18, 2020
**Provider:** KYLE PSYCHIATRIST R FLANAGAN
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

## Hypertension (SCT 38341003)

**Date entered:** May 21, 2020
**Provider:** SUSAN EMILY MURPHY
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

## Irritable bowel syndrome with diarrhea (SCT 197125005)

**Date entered:** May 21, 2020

BROWN, HARREY ANTHONY                                          Date of birth: August 29, 1972

**Provider:** SUSAN EMILY MURPHY
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

# Obstructive sleep apnea (SCT 78275009)

**Date entered:** May 21, 2020
**Provider:** SUSAN EMILY MURPHY
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

# Depression (SCT 35489007)

**Date entered:** May 21, 2020
**Provider:** SUSAN EMILY MURPHY
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

# Insomnia (SCT 193462001)

**Date entered:** May 21, 2020
**Provider:** SUSAN EMILY MURPHY
**Location:** CHARLESTON VAMC
**Provider notes:** None recorded

# Peritoneal cyst (SCT 54620002)

**Date entered:** June 7, 2019
**Provider:** JANE E O'RORKE
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** fluid collection s/p surgery for prostate cancer with drain placed

# Pain radiating to lower abdomen (SCT 425860006)

**Date entered:** June 7, 2019
**Provider:** JANE E O'RORKE
**Location:** AUDIE L. MURPHY MEMORIAL HOSP
**Provider notes:** None recorded

# Essential hypertension (SCT 59621000)

LOCAL TITLE: GI INPT INITIAL CONSULT REFERRAL NOTE
STANDARD TITLE: GASTROENTEROLOGY CONSULT
DATE OF NOTE: APR 22, 2024@14:44     ENTRY DATE: APR 22,
2024@14:44:27
        AUTHOR: HOPP,GRACE D         EXP COSIGNER: BLECHACZ,BORIS ROMAN ALEXA
        URGENCY:                      STATUS:
COMPLETED


    *** GI INPT INITIAL CONSULT REFERRAL NOTE Has ADDENDA ***


Reason for consult: Hematemesis, Hematochezia

Mr. Brown is a 51M with history of prostate cancer (2018) s/p prostectomy
(2019)
c/b bladder neck contracture s/p attempt at reconstruction w/ artificial
urinary
sphincter and penile plant implantation (2020, 2021), chronic abdominal
pain
(worked up in charelston with MRI, general surgery referral to address
possible
adhesions - no surgery indicated, seen in JLV) presenting with
hematemesis,
hematochezia and found to have acute pancreatitis (abdominal pain, lipase
480).

Patient reports that 4-5 days prior to admission he started having
nausea/vomiting. He had multiple episodes of retching and did not take in
much
PO due to this. During these few days he did see small streaks of blood in
his
emesis, that was bright red in color. He developed acute abdominal pain,
characterized different than his chronic abdominal pain. He also had an
episode
of rectal bleeding with  bright red blood (has a picture). This has been
intermittent for the last 2 years and has recently become slightly more
frequent, now happening twice a week instead of once. He does not strain
and
usually has one formed stool per day. He was  told in the past that this
was

BROWN, HARREY ANTHONY                                    Date of birth: August 29, 1972

related to hemorrhoids but feels that this may not be true.

Had an episode of pancreatitis about 2 years ago, was never told what this was
related to.

He had an EGD/CSP in 2022 outside of the VA system (no records) and reports
being told there were 14 gastric ulcers on his EGD. He was not started on PPI
therapy or given a medication regimen. He was never told what this was from. He
does have a history of polyps in the past (again, no records).

No outpatient PPI use. No persistent NSAID use. No new medications or
supplements.

10 point ROS negative unless stated above.

PSH: Multiple urologic surgeries as above
FH: No family history of pancreatitis or GI malignancy
SH: Denies tobacco, etoh and drug use. Prior SW here at the VA. Wife is NP at
the GEM clinic here. Intermittently using CBD gummies for pain.

All:MORPHINE, LISINOPRIL

Meds:
Active Inpatient Medications (including Supplies):

```
    Active Inpatient Medications                    Status
=================================================================
1)  ACETAMINOPHEN TAB  650MG PO Q6H                 ACTIVE
2)  BuPROPion (24HR) TAB,SA (EXTENDED  150MG PO QAM ACTIVE
3)  GABAPENTIN CAP,ORAL  400MG PO DAILY             ACTIVE
4)  HYDROMORphone INJ,SOLN  0.4MG/0.4ML IV Q4H PRN 3rd  ACTIVE
       line for break through pain
5)  OXYCODONE TAB  10MG PO Q6H 2nd line for pain    ACTIVE
6)  PANTOPRAZOLE INJ,PWDR  40MG IVP DAILY           ACTIVE
```



# Harrey A Brown
Patient Health Summary, generated on May 30, 2025

## Patient Demographics - Male; born Aug. 29, 1972

| Patient Address | Patient Name | Communication |
|---|---|---|
| 112 Oakbay Dr *(Home)*<br>GEORGETOWN, SC 29440<br><br>*Former (May 19, 2021 - Jun. 13, 2021):*<br>36 Ben Jay Place *(Home)*<br>GEORGETOWN, SC 29440 | Harrey A Brown<br><br>*Former / Aliases:*<br>Harrey Brown | 210-907-0819 (Home)<br>210-907-0819 (Mobile)<br>210-849-8172 (Work)<br>bigjeeky@yahoo.com |

| Language | Race / Ethnicity | Marital Status |
|---|---|---|
| English – Written (Preferred) | Black or African American / Not Hispanic or Latino | Married |

## Note from Medical University of South Carolina

This document contains information that was shared with Harrey A Brown. It may not contain the entire record from Medical University of South Carolina.

## Allergies

**Lisinopril** (Swelling) – High Criticality
**Morphine** (Angioedema) – High Criticality

## Medications

**gabapentin (Neurontin) 100 mg capsule** (Started 7/7/2023)
 Take 1 capsule by mouth 3 times daily.
**ondansetron (Zofran) 4 mg tablet** (Started 7/7/2023)
 Take 1 tablet by mouth every 6 hours as needed.
**acetaminophen (Tylenol) 500 mg tablet** (Started 7/7/2023)
 Take 2 tablets by mouth every 6 hours as needed.
**buPROPion (Wellbutrin XL) 150 mg 24 hr extended release tablet**
 Take 1 tablet by mouth daily.
**venlafaxine (Effexor XR) 150 mg extended release 24 hr capsule**
 Take 1 capsule by mouth 3 times daily.
**traZODone (Desyrel) 100 mg tablet**
 Take 1 tablet by mouth at bedtime.
**oxyCODONE IR (Roxicodone) 5 mg immediate release tablet** (Started 2/6/2025)
 Take 1 tablet by mouth every 4 hours as needed for severe pain.
**ondansetron (Zofran) 4 mg tablet** (Started 3/17/2025)
 Take 1 tablet by mouth every 8 hours as needed for nausea.
**methocarbamoL (Robaxin) 500 mg tablet** (Started 5/13/2025)
 Take 1 tablet by mouth 2 times daily as needed.
**methylPREDNISolone (Medrol Dosepack) 4 mg tablet dose pack** (Started 5/13/2025)
 Take according to package instructions.
**diazePAM (Valium) 5 mg tablet** (Started 5/13/2025)
 Take 1 tablet by mouth 1 (one) time if needed for anxiety (Take one tablet one hour prior to procedure. May repeat in 30 mintes
 prn.) for up to 1 dose.

Ended Medications
**losartan (COZAAR) 50 mg tablet** (Started 12/9/2020) **(Discontinued)**
 Take 50 mg by mouth at bedtime.

## Procedures

**NERVE ULTRASOUND - LIMITED** (Performed 5/28/2025)
  Performed for Numbness and tingling
**NERVE CONDUCTION STUDY WITH EMG** (Performed 5/28/2025)
  Performed for Cervical radiculopathy
**CYSTOURETHROSCOPY** (Performed 3/17/2025)
  Performed for Pelvic pain
**REMOVAL OF PENILE PROSTHESIS** (Performed 3/17/2025)
  Performed for Pelvic pain
**REMOVAL OF INFLATABLE URETHRAL/BLADDER NECK SPHINCTER, INCLUDING PUMP, RESERVOIR AND CUFF, REMOVAL OF AUS** (Performed 3/17/2025)
  Performed for Pelvic pain
**EUS** (Performed 2/3/2025)
  Performed for Idiopathic acute pancreatitis, unspecified complication status, Epigastric pain
**EGD ENDO** (Performed 2/3/2025)
  Performed for Idiopathic acute pancreatitis, unspecified complication status, Epigastric pain
**ENDOSCOPIC ULTRASOUND (EUS)** (Performed 2/3/2025)
**ADULT ROUTINE EKG** (Performed 1/31/2025)
  Performed for Sepsis
**ADULT ROUTINE EKG** (Performed 1/10/2025)
  Performed for Chest tightness
**CYSTOURETHROSCOPY WITH INJECTIONS) OF CHEMODENERVATION OF THE BLADDER** (Performed 6/19/2023)
  Performed for Malfunction of artificial urethral sphincter, initial encounter, Detrusor overactivity
**REMOVAL OF INFLATABLE URETHRAL/BLADDER NECK SPHINCTER, INCLUDING PUMP, RESERVOIR AND CUFF, REMOVAL OF AUS** (Performed 6/19/2023)
  Performed for Malfunction of artificial urethral sphincter, initial encounter, Detrusor overactivity
**HIS ELECTROCARDIOGRAM (ECG)** (Performed 10/19/2022)
**CARPAL TUNNEL RELEASE (64721.25)** (Performed 9/7/2022)
  Performed for Carpal tunnel syndrome of left wrist
**NERVE CONDUCTION STUDY WITH EMG** (Performed 6/14/2022)
  Performed for Cervical radiculopathy
**REMOVAL AND REPLACEMENT OF INFLATABLE URETHRAL/BLADDER NECK SPHINCTER, INCLUDING PUMP, RESERVOR AND CUFF, REMOVE AND REPLACE AUS** (Performed 6/6/2022)
  Performed for Male urinary stress incontinence
**SIMPLE FACE MASK OXYGEN** (Performed 12/13/2021)
**REPAIR OF INFLATABLE URETHRAL/BLADDER NECK SPHINCTER, INCLUDING PUMP, RESERVOIR, AND CUFF** (Performed 12/13/2021)
  Performed for Status post prostatectomy, Urinary incontinence, unspecified type
**INSERTION OF INFLATABLE PENILE PROSTHESIS, INCLUDING PLACEMENT OF PUMP, CYLENDERS, AND RESERVIOR, IPP** (Performed 9/15/2021)
  Performed for Erectile dysfunction after radical prostatectomy
**ADULT ROUTINE EKG** (Performed 9/3/2021)
  Performed for Preoperative testing
**NASAL CANNULA OXYGEN** (Performed 8/9/2021)
**POSTERIOR CERVICAL DECOMPRESSION AND FUSION** (Performed 8/9/2021)
  Performed for Central stenosis of spinal canal, Neuroforaminal stenosis of cervical spine
**CYSTO URETERAL CATHETERIZATION** (Performed 6/14/2021)
  Performed for Status post prostatectomy, Male urinary stress incontinence
**INSJ INFLATABLE URETHRAL/BLADDER NECK SPHINCTER** (Performed 6/14/2021)
  Performed for Status post prostatectomy, Male urinary stress incontinence
**CYSTO WITH DIRECT VISION INTERNAL URETHROTOMY, DVIU** (Performed 2/8/2021)
  Performed for Bladder neck contracture
**HIS ELECTROCARDIOGRAM (ECG)** (Performed 1/7/2021)
**ACE PROTOCOL** (Performed 11/5/2020)
**SIMPLE FACE MASK OXYGEN** (Performed 11/5/2020)
**ORTHO OPERATING MICROSCOPE** (Performed 11/5/2020)
  Performed for Cervical spondylosis with myelopathy, Spinal stenosis in cervical region, Cervical radiculitis, Obesity, morbid, BMI 40.0-49.9
**ORTHO SPINAL DEFORMITY RECONSTRUCTION** (Performed 11/5/2020)
  Performed for Cervical spondylosis with myelopathy, Spinal stenosis in cervical region, Cervical radiculitis, Obesity, morbid, BMI 40.0-49.9
**ORTHO INSTRUMENTATION ANTERIOR** (Performed 11/5/2020)
  Performed for Cervical spondylosis with myelopathy, Spinal stenosis in cervical region, Cervical radiculitis, Obesity, morbid, BMI 40.0-49.9
**ORTHO ANTERIOR CERV FUSION** (Performed 11/5/2020)

Exhibit E



April 26, 2024
HARREY ANTHONY BROWN
112 OAK BAY DR
GEORGETOWN SC 29440 ˅

# We made a decision on your VA benefits.

Dear Harrey Brown:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

## Your Benefit Information:

- Service connection for left upper extremity radiculopathy status post carpal tunnel release surgery is granted with an evaluation of 30 percent effective July 26, 2023.
- Service connection for intervertebral disc syndrome with spinal fusion and spinal stenosis (claimed as cervical spinal stenosis (narrowing of spinal canal in neck), requiring anterior cervical discectomy and fusion (A0CDF), posterior cervical discectomy and fusion (PCDF) and carpal tunnel surgeries) is granted with an evaluation of 10 percent effective July 26, 2023.
- Service connection for scar base of posterior and anterior neckline as secondary to the service-connected disability of intervertebral disc syndrome with spinal fusion and spinal stenosis is granted with an evaluation of 0 percent effective July 26, 2023.

Your combined rating evaluation is:

| Combined Rating Evaluation | Effective Date |
|---|---|
| 100% | Dec 1, 2011 |
| 100% | Aug 10, 2022 |
| 100% | Apr 16, 2023 |
| 100% | Jul 26, 2023 |

## How VA Combines Percentages

**We have included with this letter:**

1. Explanation of Payment
2. Additional Benefits
3. Where to Send Your Correspondence
4. VA Form 20-0998
5. Rating Decision
6. Fraud Prevention Attachment

**Contact information:**

Web: www.vets.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit https://iris.custhelp.com/

**Social Media:**

Twitter: @VAVetBenefits
Facebook: www.facebook.com/VeteransBenefits

**Your representative:**

You appointed TEXAS VETERANS COMMISSION as your accredited representative. They have also received a copy of this letter.

They can help you with any questions you have about your claim.

If you or someone you know is in crisis, call the *Veterans Crisis Line* at 1-800-273-8255 and press 1.



# EXHIBIT F



**Operation Iraqi Freedom 2004**

**May 9, 2019 to March 17, 2025 Surgical Procedures**









October 1, 2025 Surgical Procedure



**Sepsis ICU Stay December 25, 2018        Sepsis August 1, 2019**



**Sepsis ICU Stay December 25, 2019  Allergic Reaction Surgical Wound Infection**



**Anterior Cervical Discectomy and Fusion (ACDF) surgery causing restriction of spine and neck (November 2020)**



**Posterior Cervical Discectomy and Fusion (PCDF) surgery causing restriction of spine and neck (August 2021)**



**The PCDF surgery failed requiring carpal tunnel surgery.**

**Carpal tunnel surgery caused restriction of spine and neck September 2022.**





As stated in the complaint Mr. Brown suffered life-threatening and catastrophic injuries resulting in permanent severe incontinence, and complete loss of sexual function. Permanent severe incontinence,particularly for then 46 year old Mr. Brown, has had a profound impact on a Mr. Brown's mental, emotional, and physical well-being. The constant, unpredictable nature of his severe incontinence has led to his severe anxiety, stress, and hypervigilance. Mr. Brown constantly worries about his severe leaks, where the nearest restroom is, and how to manage his condition discreetly in public. Mr. Brown's severe incontinence is a source of embarrassment and shame, that has led to a significant loss of his self-esteem and confidence. Due to shame and fear of public humiliation, Mr. Brown isolates himself and has withdrawn from social activities he once enjoyed, like sports, going to gym, and social gatherings. Mr. Brown's chronic exposure to moisture has caused skin infections, rashes, and breakdown. Mr. Brown also suffers from stress incontinence that happens when his movement and activity including coughing, laughing, sneezing, running or heavy lifting puts pressure on his bladder, causing urine to leak. The permanent loss of sexual function at 46 years old has been a devastating experience for Mr. Brown, impacting not only his physical intimacy but also his mental well-being. Understandably, Mr. Brown suffers greatly everyday with feelings of shame, guilt, and loss of self-esteem, as well as emotional distress and relationship problems.

Exhibit I

**February 27, 2026 at 5:05 p.m. EST**CHENG, JOSEPH C
Date: February 27, 2026 at 5:05 p.m. EST
From: CHENG, JOSEPH C (CHENG, J - MENTAL HEALTH - CHARLESTON VAMC%)
To: BROWN, HARREY ANTHONY

Henry, I'm really glad you spoke as openly as you did today. I know things have felt extremely heavy lately.

TODAY WE DISCUSSED:
- Worsening depression with daily suicidal thoughts that feel overwhelming at times
- The recent surge of anger and the incident where you almost confronted your brother-in-law
- Feeling trapped in your current environment and grieving the life you felt you had in Texas
- The emotional toll of chronic pain, urinary incontinence, sexual dysfunction, and the malpractice lawsuit
- The sense that you "can't get a win" and are just surviving

Even in the middle of this, you were clear that you care deeply about protecting your wife, preserving her financial future, and staying aligned with your values. That remains a major strength.

RISK AND SAFETY:
You continue to have elevated chronic suicide risk due to severe depression, PTSD, chronic pain, and prior attempt history. Acute risk increases when anger or hopelessness spikes. Protective factors include your wife and family in the home, active engagement in care, future-oriented goals, and your willingness to seek help instead of isolating. We reinforced using family immediately if thoughts escalate, keeping medications secured, slowing down before acting on intense emotion, and calling 988 (Press 1 for Veterans) or going to the ER if you feel you may lose control.

PLAN:
- Continue venlafaxine ER 225 mg daily
- Continue bupropion XL 450 mg daily
- Continue dextromethorphan 45 mg twice daily (with bupropion)
- Continue quetiapine 25 mg up to twice daily as prescribed
- Continue trazodone 200 mg at bedtime
- Continue weekly CBT
- Reduce energy drink intake
- Coordinate with primary care on labs and metabolic monitoring
- Follow up March 10, 2026 at 12:00

ACTIVE MEDICATIONS:

- Venlafaxine ER 225 mg daily
- Bupropion XL 450 mg daily
- Dextromethorphan 45 mg twice daily
- Quetiapine 25 mg up to twice daily
- Trazodone 200 mg at bedtime
- Rosuvastatin 10 mg daily
- Multivitamin
- Topical creams as prescribed

USING CHATGPT OR GOOGLE GEMINI AS A STRUCTURED THINKING TOOL:
We discussed using AI intentionally as a way to slow down, organize your thinking, and strengthen discipline under stress. This supports your executive control but does not replace treatment.

1) EMOTIONAL DE-ESCALATION TOOL
Use this when you feel overwhelmed:
"I am going to vent uncensored for the next several minutes about what is overwhelming me. Do not interrupt. When I finish, organize what I said into four sections: (1) Immediate safety risks or impulses that need slowing down, (2) Problems I can take one small action on in the next 24 hours, (3) Problems that require long-term strategy and patience, (4) Things that are outside my control and should not dictate my behavior. Then reflect back my core values based on what I wrote and identify one action today that aligns with being a disciplined protector rather than reacting from anger or despair."
This helps create pause, separate impulse from strategy, reinforce your protector identity, and turn emotional flooding into structure.

2) STRATEGIC CLARITY TOOL
Use this for decisions about the lawsuit, family conflict, relocation, or major reactions:
"Act as two people debating my current situation: (A) A calm, disciplined military strategist focused on long-term victory and protecting my family, and (B) An emotionally reactive version of me who feels wronged and wants immediate relief or retaliation. Let them debate my current plan regarding [insert issue]. Identify weaknesses in my thinking, emotional distortions, and hidden risks. Then summarize the most strategically sound course of action that protects my wife, preserves my long-term goals, and keeps me aligned with my values."
This helps externalize internal conflict, strengthen executive control, frame restraint as strength, and promote long-term thinking over short-term reaction.

FINAL THOUGHT:
You are under prolonged, layered stress — medical trauma, identity loss, pain, legal conflict, relocation, and family strain. The goal right now is disciplined endurance: stabilize, protect, align with values, and count small wins. If your thoughts escalate

or you feel you may act on them, reach out immediately — family, 988 (Press 1), or emergency services.

Dr. Cheng

Exhibit J

Date: March 24, 2026 at 7:18 p.m. EDT
From: CHENG, JOSEPH C (CHENG, J - MENTAL HEALTH - CHARLESTON VAMC%)
To: BROWN, HARREY ANTHONY

Henry:

It was good to see you today. I want to start by saying I appreciate how open you were about how much you have been struggling.

We talked about the recent increase in suicidal thoughts, including the image of walking off the pier, and how overwhelmed and exhausted you have been feeling. You described feeling trapped, worn down by constant physical pain, and emotionally isolated. At the same time, you are still showing up for treatment, staying with your son for supervision, and asking for more structure and connection. That matters.

A major theme today was that your physical pain and fatigue are tightly linked to your mood. We discussed how chronic pain, poor sleep, and stress are all feeding into the depression and hopelessness. We also reviewed your medications and made a careful adjustment to see if it helps with the intense hunger and fatigue episodes.

Here is the plan we agreed on:

We will continue venlafaxine at your current dose since it has helped with emotional reactivity. We will temporarily reduce bupropion from 450 mg to 300 mg daily for one week to see if that improves the hunger and fatigue spells. If your mood worsens or suicidal thoughts intensify, you will return to the prior dose and notify me. You will continue your other medications as prescribed.

You will begin weekly supportive psychotherapy with Ms. Magdalina Lewis, SW, starting March 26, 2026 and continuing weekly through June. This will give you steady support and accountability during this higher risk period.

A referral has been placed to the VA pain clinic so we can more directly address the physical pain that is driving so much of this distress.

We also discussed increasing structured connection through VA groups. Based on what you shared, these are strong options to consider:

Coffee and Connect VVC group on Mondays at 8:30 AM for peer support and connection.

Mindfulness Drop In group via VVC on Wednesdays at 3:30 PM.

Coping With Depression VVC group on Thursdays at 11:00 AM when the next cohort opens.

Confronting Anxiety VVC group starting April 14 at 11:00 AM.

Whole Health Mindfulness VVC group on Fridays from 2:00 to 3:00 PM.

Guided Imagery or Tai Chi via VVC through Whole Health for pain and stress reduction.

These groups are skills based and supportive. They do not require trauma processing and are appropriate for where you are right now. You specifically said you need to be around other people. These are concrete ways to make that happen.

Safety remains a priority. You are currently supervised by family, firearms remain restricted, and you agreed to close follow up. If suicidal thoughts intensify, if you begin to feel out of control, or if supervision changes, you will seek immediate help through the Veterans Crisis Line by dialing 988 and pressing 1, or go to the nearest emergency department.

Our next appointment is 4/1/2026 at 10:00 AM via video.

Active Medications:

- Venlafaxine ER 300 mg daily
- Bupropion XL 300 mg daily for one week trial reduction
- Dextromethorphan 45 mg twice daily
- Quetiapine 25 mg up to twice daily as needed
- Trazodone 200 mg nightly

You are carrying a lot. But you are not giving up. Staying engaged, accepting supervision, agreeing to therapy, and being willing to join groups are all signs that you are still fighting for your life and your values. We will keep building structure around you while we stabilize things.

Dr. Cheng